■ THOMAS CULMONE, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— In a negligence action to recover damages for personal injury, the defendant appeals from an order of the Supreme Court, Kings County, entered January 8, 1965, which granted the plaintiff's motion for a special preference in trial pursuant to statute (CPLR 3403). Pursuant to written stipulation between the parties, dated June 21, 1965, the appeal is discontinued with prejudice and without costs. Beldock, P. J., Ughetta, Christ, Brennan and Hill, JJ., concur.